**Order entered November 28, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-01092-CV

### SOUTHWEST CHURCH OF CHRIST, Appellant

### V.

### COUNTRY PROPERTIES HOMEOWNERS, Appellee

**On Appeal from the 361st District Court**
**Brazos County, Texas**
**Trial Court Cause No. 22-001515-CV-361**

### ORDER

Before the Court is appellee's November 21, 2022 unopposed motion for an extension of time to file its brief. We **GRANT** the motion and extend the time to **December 16, 2022**.

/s/    BILL PEDERSEN, III
JUSTICE